IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PAUL ROBERT ANDRUS | § § | |
| v. | § § | 9:15-cv-67 |
| JEFF MCCOY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court has received the report and recommendation of the magistrate judge (Doc. No. 14), which recommends that the court dismiss this case on two grounds. First, the magistrate judge recommended that this case be dismissed pursuant to 28 U.S.C. § 1406(a) because it was filed in the wrong district. Second, dismissal was warranted because the Plaintiff has failed to comply with two court orders directing him to either pay the required filing fees or move to proceed *in forma pauperis*. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 14) is **ADOPTED**; and this case is dismissed without prejudice.

**SIGNED this 19th day of August, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE